# United States Court of Appeals
## For the First Circuit

No. 26-1135

RÜMEYSA ÖZTÜRK,

Petitioner - Appellee,

v.

PATRICIA H. HYDE, in the official capacity as the New England Field Office Director for U.S. Immigration and Customs Enforcement; MICHAEL KROL, in the official capacity as HSI New England Special Agent in Charge, U.S. Immigration and Customs Enforcement; TODD M. LYONS, in the official capacity as Acting Director, U.S. Immigration and Customs Enforcement; MARKWAYNE MULLIN, in the official capacity as Secretary of the United States Department of Homeland Security; DONALD J. TRUMP, in the official capacity as President of the United States; MARCO RUBIO, in the official capacity as Secretary of State,

Respondents - Appellants.

### ORDER OF COURT

Entered: April 3, 2026
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of motion, it is ordered that the time for Appellants Patricia H. Hyde, Michael Krol, Todd M. Lyons, Markwayne Mullin, Marco Rubio, and Donald J. Trump to file a brief and appendix be enlarged to and including **June 5, 2026**.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Julian Bava, Esha Bhandari, Matthew Brinckerhoff, Rachel E. Davidson, Rayford A. Farquhar, Abraham R. George, Brian Matthew Hauss, Brett Max Kaufman, Adriana Lafaille, Donald Campbell Lockhart, Jessie J. Rossman, Mark Sauter, Rachel F. Strom, Michael King Thomas Tan, Noor Zafar