# United States Court of Appeals
## For the First Circuit

———————————

No. 26-1135

RÜMEYSA ÖZTÜRK,

Petitioner - Appellee,

v.

PATRICIA H. HYDE, in the official capacity as the New England Field Office Director for U.S. Immigration and Customs Enforcement; MICHAEL KROL, in the official capacity as HSI New England Special Agent in Charge, U.S. Immigration and Customs Enforcement; TODD M. LYONS, in the official capacity as Acting Director, U.S. Immigration and Customs Enforcement; MARKWAYNE MULLIN, in the official capacity as Secretary of the United States Department of Homeland Security; DONALD J. TRUMP, in the official capacity as  President of the United States; MARCO RUBIO, in the official capacity as Secretary of  State,

Respondents - Appellants.

———————————

**JUDGMENT**

Entered: April 17, 2026
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of Appellants' assented-to motion, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b)(2), with each party to bear its own costs.

Mandate to issue forthwith.

By the Court:

Anastasia Dubrovsky, Clerk

cc:   Adriana Lafaille, Jessie J. Rossman, Michael King Thomas Tan, Esha Bhandari, Brian Matthew Hauss, Brett Max Kaufman, Rachel E. Davidson, Julian Bava, Noor Zafar, Matthew Brinckerhoff, Donald Campbell Lockhart, Rayford A. Farquhar, Abraham R. George, Mark Sauter, Rachel F. Strom